| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY, STATE OF COLORADO<br><br>Court Address:<br>7325 S. Potomac St #100<br>Centennial, CO 80112 | DATE FILED<br>February 23, 2026 1:53 PM<br>FILING ID: B33699CAEBED0<br>CASE NUMBER: 2026CV30538 |
| **PLAINTIFF: ANNETTE KASPER,**<br><br>**v.**<br><br>**DEFENDANT: TARGET CORPORATION a/k/a TARGET STORE 1976.** | **▲COURT USE ONLY▲** |
| ATTORNEYS FOR PLAINTIFF:<br>Sandomire & Kuberry, PLLC<br>561 Santa Fe Drive, Denver, CO 80204<br>Andrew I. Sandomire, #35171<br>Jaynie R. Kuberry, #41511<br>Telephone: (303) 300-3333<br>Facsimile: (303) 300-3331<br>andrew@303legal.com<br>jaynie@303legal.com<br><br>Livenick Law, LLC<br>561 Santa Fe Drive<br>Denver, CO 80204<br>Torrey Livenick, Esq. # 52787<br>Telephone: (720) 295-8616<br>torrey@livenicklaw.com<br>torrey@303legal.com | Case Number:<br><br>Division:<br><br>Courtroom: |

**COMPLAINT AND JURY DEMAND**

COMES NOW Plaintiff, Annette Kasper (hereinafter "Plaintiff"), by and through counsel, Sandomire & Kuberry PLLC, and Livenick Law, LLC and for her Complaint and Jury Demand, states and alleges as follows:

**PARTIES**

1. At all times relevant to this action, Plaintiff was and is a resident of the State of Colorado.

**EXHIBIT A**

2. Upon information and belief, always relevant to this action Defendant, Target Corporation (hereinafter "Defendant") is a Foreign Minnesota Corporation with a principal address of 1000 Nicollet Mall, Minneapolis, MN 55403. Target Corporation is in good standing with the State of Colorado. Its registered agent is CT Corporation System, 7700 E. Arapahoe Rd, Ste 220, Centennial, CO 80112.

## JURISDICTION AND VENUE

4. Personal and subject matter jurisdiction are proper.

5. Venue is proper in Arapahoe County pursuant to C.R.C.P. 98(c) as the claims arise from a tort committed in Arapahoe County, Colorado.

## GENERAL ALLEGATIONS

6. Plaintiff hereby incorporates the preceding paragraphs as if fully set forth herein.

7. On or about February 25, 2024, Plaintiff was walking toward the front door of the Target store at 7400 S. Gartrell Rd, Aurora, CO 80016.

8. On or about February 25, 2024, Plaintiff was walking on the sidewalk where the concrete was uneven. No warning signs or markings were present.

9. As Plaintiff was walking on the uneven sidewalk, she slipped and fell, striking her face on the pavement. Plaintiff incurred injuries and other losses, as detailed below.

10. Upon information and belief, at all times relevant, Defendant owned, managed, and/or maintained the Target store located at 7400 S. Gartrell Rd, Aurora, CO 80016.

11. On or about February 25, 2024, Defendants failed to properly maintain the grounds of the store complex in a safe condition.

12. On or about February 25, 2024, and all times relevant hereto, Plaintiff was an invitee.

13. Plaintiff's injury was the direct and proximate result of a dangerous condition on Defendant's property, namely the uneven sidewalk, which Defendant knew of and/or should have known of by the use of reasonable care.

14. Defendant failed to exercise reasonable care to protect against the dangerous condition.

15. At all times material hereto, Defendant allowed the dangerous condition to exist on the property, which caused the Plaintiff to slip and fall on the uneven sidewalk, resulting in her



**EXHIBIT A**

injuries, damages and/or losses.

16. Defendant did not keep said premises in a reasonably safe condition for invitees, including Plaintiff.

17. As a result of the above, Plaintiff suffered injuries, damages and/or losses including, but not limited to, prescriptive medications, medical services, permanent physical disfigurement, disability and impairment, past and future medical expenses, past and future lost earnings, impairment to future earning capacity, past and future pain and suffering, out-of-pocket expenses, emotional injury, and loss of enjoyment of life.

18. A portion of Plaintiff's injuries, damages and/or losses are either permanent and/or continuing in nature.

## PLAINTIFF'S FIRST CLAIM FOR RELIEF
## PREMISES LIABILITY

19. Plaintiff hereby incorporates the preceding paragraphs as if fully set forth herein.

20. Plaintiff was an invitee at the time of the incident, pursuant to CRS § 13- 21-115(1).

21. At all times relevant, Defendant was a landowner as defined under the Colorado Premises Liability Act.

22. As landowner, Defendant owed Plaintiff a duty to exercise reasonable care to protect against dangers of which it knew or should have known.

23. Plaintiff falls into the category of individuals to be protected under said statute.

24. Defendant, acting through its agents, servants, and/or employees, was negligent in its ownership, maintenance and/or control of the subject premises insofar as it allowed its sidewalks to remain unmaintained.

25. The uneven sidewalk constituted an unreasonably dangerous condition.

26. As a direct and proximate result of the negligence of Defendant, acting through their agents, servants and/or employees, Plaintiff has suffered injuries and damages, including, but not limited to, prescriptive medications, medical services, permanent physical disfigurement, disability and impairment, past and future medical expenses, past and future lost earnings, impairment to future earning capacity, past and future pain and suffering, out-of-pocket expenses, emotional injury, and loss of enjoyment of life.

27. Plaintiff's injuries, losses, and damages are either permanent and/or continuing in nature.

**PLAINTIFF'S SECOND CLAIM FOR RELIEF**
**COMMON LAW NEGLIGENCE**

28. Plaintiff hereby incorporates the preceding paragraphs as if fully set forth herein.

29. Defendant owed Plaintiff a duty of reasonable care in the construction, maintenance, and operation of the property at issue.

30. Defendant breached its duty of care by failing to provide a safe environment by not properly maintaining its sidewalks in a safe and operable condition, namely keeping the sidewalks even and flat.

31. As a direct and proximate result of one or more Defendant's breach, Plaintiff suffered injuries, losses and damages.

32. As a further result of Defendant's conduct, Plaintiff suffered economic and non-economic damages including, but not limited to, pain and suffering, permanent impairment, medical expenses, lost income and earning capacity, out-of-pocket expenses and loss of the enjoyment of life.

**PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES**

33. Pursuant to C.R.C.P. 338, Plaintiff hereby demands a trial by jury.

**WHEREFORE,** Plaintiff, Annette Kasper, respectfully requests that this Honorable Court enter judgment against Defendant and in favor of Plaintiff for damages in an amount to be determined at the time of trial, pre and post judgment interest, costs, attorney fees, expert witness fees and for such other and further relief as this Court deems proper.

Respectfully submitted this 23th day of February 2026.

**SANDOMIRE & KUBERRY, PLLC**

*/s/ Jaynie R. Kuberry*
Andrew I. Sandomire, #35171
Jaynie R. Kuberry, #41511
561 Santa Fe Drive
Denver, CO 80204
Phone: (303) 300-3333
Facsimile: (303) 300-3331
andrew@303legal.com
jaynie@303legal.com
*Attorneys for Plaintiff*



**EXHIBIT A**

**LIVENICK LAW, LLC**

/s/ Torrey Livenick, #52787
561 Santa Fe Drive
Denver, CO 80204
Phone: (720) 295-8616
torrey@livenicklaw.com
torrey@303legal.com

<u>Plaintiff's Address:</u>
c/o Sandomire & Kuberry, PLLC
561 Santa Fe Drive
Denver, CO 80204

*In accordance with C.R.C.P 121 § 1-26(9), a printed copy of this document with original signatures is being maintained by the filing party and will be made available for inspection by other parties or the court upon request.*



**EXHIBIT A**